**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>LISA KOCHEL<br><br>Santander Bank, N.A.,<br>　　Movant<br><br>vs.<br><br>LISA KOCHEL,<br>　　Debtor | Case No. 22-11639-pmm<br>Chapter 13 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Santander Bank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 7), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 23, 2022.

2. Movant holds a security interest in the Debtor's real property located at 268 Colorado Dr, Birdsboro, PA 19508 (the "Property"), by virtue of a Mortgage which is recorded in Official Records of Berks County, Pennsylvania. Said Mortgage secures a Note in the amount of $275,000.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on June 27, 2022 (Doc 7).

4. The proposed Chapter 13 Plan lists Movant in Part 4 (f) Loan Modification section.

5. Movant is in the process of drafting and filing a Proof of Claim in which the Pre-Petition arrears are $110,738.08.

6.      Movant objects to the confirmation of the Debtor's proposed Chapter 13 Plan as the loan modification provision is speculative in nature. Given the large pre-petition delinquency Movant objects to the confirmation of the Chapter 13 Plan when the cure is unfeasible.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>LISA KOCHEL | Case No. 22-11639-pmm<br>Chapter 13 |
| Santander Bank, N.A.,<br>    Movant | |
| vs. | |
| LISA KOCHEL,<br>    Debtor | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing  Objection To Confirmation Of Debtor's Chapter 13 Plan  has been electronically served or mailed, postage prepaid on this day to the following:

| | |
|---|---|
| LISA KOCHEL<br>268 COLORADO DR<br>BIRDSBORO, PA 19508-9051 | Scott F. Waterman, Bankruptcy Trustee<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave, Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com |
| Brenna Hope Mendelsohn, Debtor's Attorney<br>Mendelsohn & Mendelsohn, PC<br>637 Walnut St<br>Reading, PA 19601<br>tobykmendelsohn@comcast.net | Office of United States Trustee, US Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

July 5, 2022

                                          */s/Andrew Spivack*
                                          Andrew Spivack, PA Bar No. 84439
                                          Matt Fissel, PA Bar No. 314567
                                          Mario Hanyon, PA Bar No. 203993
                                          Ryan Starks, PA Bar No. 330002
                                          Jay Jones, PA Bar No. 86657
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          8757 Red Oak Boulevard, Suite 150
                                          Charlotte, NC 28217
                                          Telephone: (844) 856-6646
                                          Facsimile: (704) 369-0760
                                          E-Mail: PABKR@brockandscott.com