UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa M Kochel                                      Bankruptcy No. 22-11639-pmm
            Debtor                                                  Chapter 13

**ORDER**

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until July 18, 2022 to file the missing documents.

Dated: 7/8/22

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge