**Konopelski Festivals LLC**
94 Park Avenue
Sinking Spring, PA 19608

Fulton Bank

60-142
313

Check Date 4/1/2022     Check Number Memo

Pay *No Dollars and No Cents*

$************

To the Order of:
Main   20    10

5   -99991155
NON NEGOTIABLE

Lisa M Kochel
268 Colorado Drive
Birdsboro, PA 19508

Authorized Signature

---

Lisa M Kochel

| Company | Period Begin | Division |
|---|---|---|
| 4065 | 3/14/2022 | Main |
| Number | Period End | Branch |
| 5 | 3/27/2022 | 20 |
| Social Security # | Check Date | Department |
| XXX-XX-5091 | 4/1/2022 | 10 |
| Hire Date | Check Number | Team |
| 1/1/2020 | -99991155 | |

**Konopelski Festivals LLC**

94 Park Avenue
Sinking Spring, PA 19608 610-777-6383

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1800.00 | 12600.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (1800.00) | 3.73 | 26.11 |
| OASDI (1800.00) | 111.60 | 781.20 |
| Medicare (1800.00) | 26.10 | 182.70 |
| PA (SM/0) (1800.00) | 55.26 | 386.82 |
| PA-EE SUI(1800.00) | 1.08 | 7.56 |
| Sinking Spring Borough LST(1) | 2.00 | 14.00 |
| Union TWP Res.-Berks(1800.0 | 18.00 | 126.00 |
| Dir Dep - Net 56030XXXX | 1582.23 | 11075.61 |

| Total Earnings | | 0.00 | 1800.00 | Total Deductions | 1800.00 | 12600.00 |
|---|---|---|---|---|---|---|
| **NET PAY** | 1582.23 | Total Direct Deposits | 1582.23 | **Check Amount** | 0.00 | 0.00 |

**Konopelski Festivals LLC**
94 Park Avenue
Sinking Spring, PA 19608

Fulton Bank

Check Date 4/15/2022      Check Number  Memo

Pay *No Dollars and No Cents*

To the Order of:
Main   20    10

5   -99991001
NON NEGOTIABLE

**Lisa M Kochel**
268 Colorado Drive
Birdsboro, PA 19508

Authorized Signature

**Lisa M Kochel**

| Company | Period Begin | Division |
|---|---|---|
| 4065 | 3/28/2022 | Main |
| Number | Period End | Branch |
| 5 | 4/10/2022 | 20 |
| Social Security # | Check Date | Department |
| XXX-XX-5291 | 4/15/2022 | 10 |
| Hire Date | Check Number | Team |
| 1/1/2020 | -99991001 | |

Konopelski Festivals LLC

94 Park Avenue
Sinking Spring, PA 19608

### Earnings

| Description | Location/Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1800.00 | 14400.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (1800.00) | 3.73 | 29.84 |
| OASDI (1800.00) | 111.60 | 892.80 |
| Medicare (1800.00) | 26.10 | 208.80 |
| PA (SM/0) (1800.00) | 55.26 | 442.08 |
| PA-EE SUI(1800.00) | 1.08 | 8.64 |
| Sinking Spring Borough LST(1 | 2.00 | 16.00 |
| Union TWP Res.-Berks(1800.0 | 18.00 | 144.00 |
| Dir Dep - Net 56030XXXX | 1582.23 | 12657.84 |

| | | Current | YTD | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 0.00 | 1800.00 | 14400.00 | Total Deductions | 1800.00 | 14400.00 |
| NET PAY | 1582.23 | **Total Direct Deposits** | | 1582.23 | Check Amount | 0.00 | 0.00 |

**Konopelski Festivals LLC**
94 Park Avenue
Sinking Spring, PA 19608

Fulton Bank

Check Date 5/13/2022    Check Number Memo

Pay *No Dollars and No Cents*

To the Order of:
Main  20  10

5  -99990600
NON NEGOTIABLE

**Lisa M Kochel**
268 Colorado Drive
Birdsboro, PA 19508

Authorized Signature

---

**Lisa M Kochel**

| Company | Period Begin | Division |
|---|---|---|
| 4065 | 4/25/2022 | Main |
| Number | Period End | Branch |
| 5 | 5/8/2022 | 20 |
| Social Security # | Check Date | Department |
| XXX-XX-5291 | 5/13/2022 | 10 |
| Hire Date | Check Number | Team |
| 1/1/2020 | -99990600 | |

**Konopelski Festivals LLC**

94 Park Avenue
Sinking Spring, PA 19608 610-777-5365

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year to Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1800.00 | 18000.00 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fed (A/0) (1800.00) | 37.73 | 377.40 |
| OASDI (1800.00) | 111.60 | 1116.00 |
| Medicare (1800.00) | 26.10 | 261.00 |
| PA (SM/0) (1800.00) | 55.13 | 552.50 |
| PA-EE SUI (1800.00) | 1.04 | 10.60 |
| Sinking Spring Borough LST | 2.00 | 20.00 |
| Union TWP Res.-Berks (1800.00) | 18.00 | 180.00 |
| Dir Dep - Net 59030XXXX | 1582.23 | 7,620.72 |

| | Current | YTD |
|---|---|---|
| Total Earnings | 0.00 / 1800.00 | 18000.00 |
| Total Deductions | 1800.00 | 18000.00 |
| NET PAY | 1582.23 | |
| Total Direct Deposits | 1582.23 | |
| Check Amount | 0.00 | 0.00 |

**Konopelski Festivals LLC**
94 Park Avenue
Sinking Spring, PA 19608

Fulton Bank    60-142 / 313

Check Date 4/29/2022    Check Number 2482

Pay One Thousand Six Hundred Eighty-Seven Dollars and Forty-Seven Cents    $****1,687.47

To the Order of:
Main  10    10
**Earl Kochel III**
268 Colorado Drive
Birdsboro, PA 19508

121  2482
* VOID AFTER 90 DAYS *

Patrick Konopelski
Authorized Signature

⑈00248⑈ ⑉031301422⑉ 000801891811⑈

**Earl Kochel III**    **Konopelski Festivals LLC**    94 Park Avenue
Sinking Spring, PA 19608 610-777-6388

| Company | Period Begin | Division |
|---|---|---|
| 4065 | 4/11/2022 | Main |
| Number | Period End | Branch |
| 121 | 4/24/2022 | 10 |
| Social Security # | Check Date | Department |
| XXX-XX-4562 | 4/29/2022 | 10 |
| Hire Date | Check Number | Team |
| 4/11/2022 | 2482 | |

### Earnings

| Description | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|
| Regular | 22.00 | 80.00 | 1760.00 | 1760.00 |
| Overtime | 33.00 | 11.25 | 371.25 | 371.25 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (T/0) (2131.25) | 190.72 | 190.72 |
| OASDI (2131.25) | 132.14 | 132.14 |
| Medicare (2131.25) | 30.90 | 30.90 |
| PA (SM/0) (2131.25) | 65.43 | 65.43 |
| PA-EE SUI (2131.25) | 1.28 | 1.28 |
| Sinking Spring Borough LST (2 | 2.00 | 2.00 |
| Union TWP Res.-Berks (2131.2 | 21.31 | 21.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Earnings | | 91.25 | 2131.25 | 2131.25 | Total Deductions | 443.78 | 443.78 |
| NET PAY | 1687.47 | Total Direct Deposits | | 0.00 | Check Amount | 1687.47 | 1687.47 |