IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE: <br> LISA M KOCHEL <br> Debtor | Case No. 22-11639-pmm |
| Santander Bank, N.A., <br> Movant | Chapter 13 |
| vs. <br> LISA M KOCHEL <br> Respondent | 11 U.S.C. §362 |

## ORDER

AND NOW, this 12th day of January, 2023, ~~2022~~, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge