United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-11639-pmm

Lisa M Kochel                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 155 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| 14701037 | + | Baview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1837 |
| 14702207 | + | Legacy Mortgage Asset Trust 2021-SL2, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14718321 | + | Santander Bank, N.A, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 14702392 | + | Santander Bank. NA, C/O Mario Hanyon, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14702006 | ^ | MEBN | Jan 13 2023 00:25:05 | Legacy Mortgage Asset Trust 2021-SL2, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14717287 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 13 2023 00:35:00 | Legacy Mortgage Asset Trust 2021-SL2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14701038 | + | Email/Text: DeftBkr@santander.us | Jan 13 2023 00:35:00 | Santander Bank, mc: 10-6438-cc7, 601 Penn Street, Reading, PA 19601-3563 |
| 14702191 | + | Email/Text: EBN@brockandscott.com | Jan 13 2023 00:35:00 | Santander Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14701039 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4

User: admin

Page 2 of 2

Date Rcvd: Jan 12, 2023

Form ID: 155

Total Noticed: 10

Date: Jan 14, 2023

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Lisa M Kochel tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa M Kochel

         Debtor(s)                            Chapter: 13

                                            Bankruptcy No: 22−11639−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this 12th day of January 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                       Patricia M. Mayer
                                       Judge ,
                                        United States Bankruptcy Court