UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Lisa M. Kochel,  : Chapter 13 Bankruptcy
 : Bankruptcy No. 22-11639-PMM
            Debtor : HEARING DATE: June 29, 2022
 : at 11:00 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Approve Loan Modification on behalf of Lisa M. Kochel.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.   (If you do not have an Attorney, you may wish to consult an Attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before June 20, 2023 you or your attorney must do all of the following:

    a) File an Answer explaining your position at:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Gateway Building,
    201 Penn St.,
    Suite 103
    Reading, PA 19601

    If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b) Mail a copy to the Movant's Attorney:

    Mendelsohn & Mendelsohn, P.C.
    Attention: Brenna H. Mendelsohn, Esquire
    637 Walnut Street
    Reading, PA 19601
    Telephone: (610) 374-8088
    Facsimile: (610) 478-1260

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the

        relief requested in the Motion.

3.     A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on June 29, 2023 at 11:00 a.m. Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4.     You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: May 30, 2023                                       /s/ Brenna H. Mendelsohn
                                                                           BRENNA MENDELSOHN, ESQ.
                                                                           Mendelsohn & Mendelsohn, P.C.
                                                                           Attorney for Debtor