UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa M. Kochel  　　　　　　　　　　　Bankruptcy No. 22-11639-PMM
　　　　　　Debtor　　　　　　　　　　　　　Chapter 13

### ORDER

AND NOW, upon consideration of the Motion to Approve Loan Modification Between Debtor Lisa M. Kochel, and Creditor, Santander Bank N/A fka Sovereign Bank, and after notice and an opportunity for a Hearing,

IT IS HEREBY ORDERED and DECREED that the Motion is APPROVED.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
**Date: June 21, 2023**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge