United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-11639-pmm
Lisa M Kochel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Jun 21, 2023  Form ID: 212  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

**Recip ID**  **Recipient Name and Address**
db  + Lisa M Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

**Name**  **Email Address**
ANDREW L. SPIVACK
    on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Lisa M Kochel tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: 212 | Total Noticed: 1 |

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Chapter: 13

   Lisa M Kochel

Debtor(s)  Case No: 22−11639−pmm

---

*ORDER*

AND NOW, June 21, 2023, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge, United States Bankruptcy Court